**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**WILLIAM L. ZURENDA,**

                     **Plaintiff,**

      **v.**                                    **3:11-CV-1114**
                                                       **(MAD/VEB)**
**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                     **Defendant.**
_____

**APPEARANCES:**                                 **OF COUNSEL:**

LACHMAN, GORTON LAW FIRM         Peter A. Gorton, Esq.
P.O. Box 89
1500 East Main Street
Endicott, NY 13761-00
*Attorney for Plaintiff*

SOCIAL SECURITY ADMINISTRATION    Amanda J. Lockshin, Esq.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278
*Attorney for Defendant*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

**ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

Victor E. Bianchini, duly filed on the 1st day of March 2013.  Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the

parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk is directed to close the case and enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 21, 2013
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge